UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:23-cv-00342-DSF-MAR**                                                                 Date: September 26, 2023

Title:  *Keith Arthur Chambers v. LeAnne Nielsen et al.*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) MINUTE ORDER RE: MOTION TO DISMISS CASE WITHOUT PREJUDICE, DKT. 25**

     The Court is in receipt of Plaintiff's Motion to Dismiss the Case Without Prejudice. Dkt. 25. Plaintiff clearly expresses his desire to voluntarily dismiss the action pursuant to Fed. R. Civ. P. 41(a). Id. at 1–2.  Accordingly, Plaintiff's Motion is **GRANTED**.  This case is **dismissed, without prejudice.**

     **IT IS SO ORDERED.**

**Initials of Preparer**  : vv